IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN BARFLIN INVESTMENT CO., LTD., et al.,<br><br>Defendants. | Case No. 18-cv-07459<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Maria Valdez** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 7, 2019 [42], in favor of Plaintiff Levi Strauss & Co. ("LS&Co.") and against the Defendants Identified in Schedule A in the amount of one million dollars ($1,000,000) per Defaulting Defendant for willful use of counterfeit LEVI'S Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and LS&Co. acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| VEITCHE Official Store | 44 |
| ailifang | 61 |
| aoshiguxing | 67 |
| bus | 85 |
| candycolor | 88 |
| chenkaichenkaikai | 97 |
| CityVideo | 103 |
| guan tao wei ran trade co.,ltd | 141 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 17th day of May 2019.  Respectfully submitted,

*[signature]*

Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*

Subscribed and sworn to me by RiKaleigh C. Johnson, on this 17th day of May 2019.

Given under by hand and notarial seal.

*[signature]*

Notary Public

CAITLIN SCHLIE
Official Seal
Notary Public – State of Illinois
My Commission Expires Nov 20, 2021

State of Illinois
County of Cook

2