IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>  Plaintiff,<br><br>v.<br><br>SHENZHEN BARFLIN INVESTMENT CO., LTD., et al.,<br><br>  Defendants. | Case No. 18-cv-07459<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss & Co. ("LS&Co."), hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| 7sevenstation | 42 |
| blackroseflower | 56 |
| lepanxiaodian | 143 |
| Lucky Sun Girl | 154 |
| Salestock | 179 |
| wanghao777 | 209 |
| ziweixing | 253 |

| | |
|---|---|
| Dated this 13th day of June 2019. | Respectfully submitted,<br><br>/s/ RiKaleigh C. Johnson<br>Amy C. Ziegler<br>Justin R. Gaudio<br>RiKaleigh C. Johnson<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>rjohnson@gbc.law<br><br>*Counsel for Plaintiff Levi Strauss & Co.* |