# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN BARFLIN INVESTMENT CO., et al., <br><br> Defendants. | Case No. 18-cv-7459 <br><br> Judge Charles R. Norgle <br><br> Magistrate Judge Maria Valdez |

## DEFENDANT'S NOTICE OF MOTION TO ENFORCE A BINDING SETTLEMENT AGREEMENT AND RECOVER IMPROPERLY TRANSFERRED FUNDS OR, IN THE ALTERNATIVE, TO SET ASIDE THE DEFAULT JUDGMENT AGAINST DEFENDANT NO. 138

PLEASE TAKE NOTICE that on September 17, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant No. 138 ("GoodandTrue") shall appear before the Honorable Charles R. Norgle, or any judge sitting in his stead, in Courtroom 2341 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion.

Dated: September 11, 2019

Respectfully submitted,

By: */s/ Matthew R. Grothouse*
Matthew R. Grothouse
Illinois Bar No. 6314834
matt@saperlaw.com
Saper Law Offices, LLC
505 N LaSalle St
Chicago, IL 60654
312.527.4100

**ATTORNEY FOR DEFENDANT GOODANDTRUE**

**CERTIFICATE OF SERVICE**

  I, Matthew R. Grothouse, hereby certify that on September 11, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

                */s/ Matthew R. Grothouse*
                Matthew R. Grothouse