**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN BARFLIN INVESTMENT CO., et al.,<br><br>Defendants. | Case No. 18-cv-7459<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Maria Valdez |

**NOTICE OF DEFENDANT'S WITHDRAWAL OF ITS COMBINED MOTION TO ENFORCE A BINDING SETTLEMENT AGREEMENT AND RECOVER IMPROPERLY TRANSFERRED FUNDS, OR, IN THE ALTERNATIVE, MOTION TO SET ASIDE THE DEFAULT JUDGEMENT AGAINST DEFENDANT NO. 138**

Defendant No. 138 ("GoodandTrue"), by and through its undersigned counsel, hereby provides notice to the Court that it is withdrawing its Combined Motion To Enforce A Binding Settlement Agreement And Recover Improperly Transferred Funds, Or, In The Alternative, Motion To Set Aside The Default Judgement Against Defendant No. 138 (ECF No. 58) for the following reason:

1. Plaintiff and Defendant No. 138 have resolved and settled all issues and disputes pertaining to this case, thereby rendering Defendant's Combined Motion unnecessary and moot.

Accordingly, Defendant No. 138 hereby formally withdraws its Combined Motion.

Dated: April 14, 2020

Respectfully submitted,

By: *<u>/s/ Matthew R. Grothouse</u>*
Matthew R. Grothouse
Illinois Bar No. 6314834

matt@saperlaw.com
Saper Law Offices, LLC
505 N LaSalle St
Chicago, IL 60654

**ATTORNEY FOR DEFENDANT NO. 138**

## CERTIFICATE OF SERVICE

I, Matt Grothouse, hereby certify that on April 14, 2020, I electronically filed the foregoing with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

*/s/ Matthew R. Grothouse*
Matthew R. Grothouse